JAY BROWN v. PATRICK ARVONIO, ASSISTANT
SUPERINTENDENT RAHWAY STATE PRISON.

May 17, 1983.

Petition for certification denied.

BOROUGH OF HOPATCONG v. W.B.J. CORPORATION.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY BERTOLINE.

May 17, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. MARCIAL MARTINEZ.

May 17, 1983.

Petition for certification denied.